# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 21, 2020

*Via ECF*
The Honorable Roanne L. Mann
Chief United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *John v. All Star Limousine Service, Ltd.*
    Docket No: 17-cv-6327 (PKC)(RLM)

Dear Judge Mann:

  This firm represents opt-in Plaintiff Ahmed Bassiouny ("Plaintiff" or "Bassiouny"), in the above-referenced wage-and-hour action brought by named-Plaintiff Joby John under, *inter alia*, the Fair Labor Standards Act ("FLSA"), against All Star Limousine, Ltd., ("Defendant" or "All Star," and together with Plaintiff, as "the Parties").  Pursuant to the Court's Order dated February 18, 2020, the Parties respectfully submit a full version of the Parties' fully executed settlement agreement attached hereto as **Exhibit A,** as well as a stipulation concerning the Parties' agreement to mutual non-disparagement attached hereto as **Exhibit B**.

            Respectfully submitted,

            _____
            Jeffrey R. Maguire, Esq.
             *For the Firm*

C:  All Counsel of Record *via* ECF